United States District Court
Southern District of Texas
**ENTERED**
February 21, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TEXAS LONE STAR PETROLEUM CORPORATION, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-00331 |
| | § | |
| CHESAPEAKE OPERATING INC; nka CHESSAPEAKE OPERATING LLC, *et al*, | § § | |
| Defendants. | § § | |

## AMENDED FINAL JUDGMENT

Pursuant to the Court's Order on Motion to Alter or Amend Final Judgment (D.E. 99), the Court VACATES the Final Judgment (D.E. 94) and enters this Amended Final Judgment in its place.  The Court enters final judgment that:

- Defendant Chesapeake Operating Inc. n/k/a Chesapeake Exploration, LLC recover of and from Plaintiff Texas Lone Star Petroleum Corp. the sum of $262,324.70 for breach of contract, offset by the amount of $13,845.00 owed by Defendant to Plaintiff Texas Lone Star Petroleum Corp. for attorney's fees, for a total sum awarded to Defendant of $248,479.70, together with costs of court;

- The money judgment in favor of Defendant accrues post-judgment interest at the federal rate from the date of judgment until paid;

- Plaintiff Jeff Cobbs is entitled to declaratory relief and the Court DECLARES that, as of September 1, 2013, Plaintiff Jeff Cobbs held a .2376257 of eight

eighths overriding royalty interest in Broken Arrow Ranch Unit No. 2 and a .1366148 of eight eighths overriding royalty interest in Broken Arrow Ranch Unit No. 5.

ORDERED this 21st day of February, 2017.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE